(Rev. 5/1/13)



RECEIVED
SEP - 6 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
__Western__ DIVISION

__Thomas Waller__         Civil Action No. __3:19-cv-1177__   SEC. P
        Plaintiff

prison Jim  Prisoner # __48 40 58__   official
warden ~~Tyten~~     "    VS. __Mike Stone__ Capacity   Judge _____
~~Alexander~~   __Lincoln Parish sheriff__
                                  Magistrate Judge _____
        Defendant

dir. La. dept. of Corrections  COMPLAINT
State of La.   PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983

I. **Previous Lawsuits**

   a. Have you begun any other lawsuit while incarcerated or detained in any facility?

      Yes [✓]   No [ ]

   b. If your answer to the preceding question is "Yes," provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

         __Federal U.S. District Court, Western District__
         __of La. Ouachita Parish Monroe Division__

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: __Thomas Waller__
         Defendants: __Jay Russell__

      3. Docket number(s): __3:19-cv-01115 #4__

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         __Pending__

Page 1 of 4

(Rev. 5/1/13)

    c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

        Yes [✓]    No [ ]

    If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

*Southern District of Texas; Waller v. Wayne Scott dir TDCJ failure to state a claim*

II.  a.  Name of institution and address of current place of confinement:

*Lincoln Parish detention center P.O.Box 2028 Ruston, La. 71270*

    b.  Is there a prison grievance procedure in this institution?

        Yes [✓]    No [ ]

        1.  Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

            Yes [✓]    No [ ]

        2.  If you did not file an administrative grievance, explain why you have not done so.

        3.  If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

*filed administrative grievance, in which there is only one step, it was denied, I wrote a letter to the State Attorney General, no answer*

    Attach a copy of each prison response and/or decision rendered in the administrative proceeding. *One Grievance concerning over crowding and sleeping on floor was not returned.*

III.  Parties to Current Lawsuit:

    a.  Plaintiff, *Thomas Wayne Waller #484058*

        Address *LPDC P.O. Box 2028 Ruston, La. 71270*

(Rev. 5/1/13)                                              official Capacity

b. Defendant, __Mike Stone, Sheriff__, is employed as __Sheriff__ at __Lincoln Parish Ruston, La__.

Defendant, __director of La. dept. of Corrections__, is employed as __director__ at __La. Dept Public Safety and Corrections__

Defendant, ~~State of Louisiana~~ __Warden Tuten Alexander__, is employed as __Warden Jim Tuten__ at __Lincoln Parish detention ctr__ ·X

Additional defendants, __State of Louisiana__

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

The Lincoln Parish detention ctr ~~does~~ does not offer an Inmate adequate Access to Courts, they fail to maintain a Law Library or a Law Library officer or worker trained in the law to Assist Inmates. Only one Inmate at a time can access the kiosk and there are frequent problems with badge Numbers etc that you have to use to Access the kiosk, and not all Inmates are educated enough to use a computer.

(2) Cruel and unusual Punishment is being used when it comes to meals. The meals are not adequate and is not the same Servings other State Inmates in State facilities Receive. Inmates are being starved from one meal to the other and forced to find money for an extremely expensive Commissary that someone may have an investment in.

(3) Cruel and Unusual Punishment is being inflicted by making us sleep on the floor in overcrowded conditions. I slept on the floor for days without a mattress, only foam on an unsanitary floor.

(4) I have a chronic back problem and medical Refuses to issue pain meds, only certain meds.

(Rev. 5/1/13)

**V. Relief** These officials to be sued as Representatives of the State of Louisiana and of Lincoln Parish

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes. Implement an adequate Law Library system. I want an injunction issued immediately to Prevent retaliation by transferring me to another facility and maybe causing me to be attacked. I want an injunction to stop the use of Punishment by meals, overcrowding, Refusing to Give meds, sleeping on floor, and a monetary sum of 6.2 million dollars for pain and suffering, mental anguish.

**VI. Plaintiff's Declaration**

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 2nd day of Sept., 20 19.

484058

*Thomas Waller*

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**     **Signature of Plaintiff**