UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| THOMAS WAYNE WALLER | CIVIL ACTION NO. 19-1177 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| WARDEN JIM TUTEN, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 25] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Thomas Wayne Waller's claim that he was incarcerated beyond his release date is **DISMISSED** as duplicative, frivolous, and malicious.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for preliminary injunction, [Doc. No. 1], is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 27th day of January, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE